MARY SHUBAR, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. On the facts presented, the jury were warranted in finding that there was a defect in the processes of the defendant with reference to the mailing and that there was no proof of

actual delivery to the postal authorities. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.